1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   STEVEN CLARK,                          No.  2:23-cv-3051 TLN CKD P

12             Plaintiff,

13        v.                                ORDER

14   JEFFREY MACOMBER, et al.,

15             Defendants.

16

17        Plaintiff is appearing pro se and in forma pauperis in this civil rights action pursuant to 42

18   U.S.C. § 1983.   On September 9, 2024, the court screened plaintiff's complaint as the court is

19   required to do under. 28 U.S.C. § 1915A(a).  The court found that plaintiff could proceed on claims

20   arising under the Eighth Amendment for denial of adequate medical care against defendants Dr. Chen

21   and Dr. Jian in their induvial capacities.  Plaintiff informs the court that Dr. Jian's full name is Dr.

22   Jian Ma and asks that be reflected on the docket.

23        Good cause appearing, it is HEREBY ORDERED that:

24        1.  Plaintiff's motion for correction (ECF No. 13) is granted.

25        2.  The docket shall reflect that defendant Dr. Jian's full name is Dr. Jian Ma.

26        3.  The Clerk of the Court is directed to serve this order via email on the California

27   Department of Corrections and Rehabilitation (CDCR) as an amendment to the court's October 3,

28   /////

1

2024 order in which the court's directs CDCR to indicate whether service of process will be waived in this action.

Dated:  October 24, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
clar3051.cor