UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN CLARK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY MACOMBER, et al.,<br><br>　　　　Defendants. | No. 2:23-cv-3051-TLN-CKD<br><br>**ORDER** |

Plaintiff Steven Clark ("Plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 3, 2024, the magistrate judge filed findings and recommendations which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  The deadline has passed, and no objections have been filed.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court[.]").  Having reviewed the file, the Court finds the findings and recommendations to be supported by

1

the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 3, 2024, are ADOPTED in full; and

2. Claims arising under the Eighth Amendment for denial of adequate medical care against defendants Dr. S. Chen and Dr. Jian Ma in their official capacities are DISMISSED; and

3. This matter is referred back to the magistrate judge for further pretrial proceedings.

Date: December 2, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE