IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVEN CLARK,** | Case No. 2:23-cv-03051-TLN-CKD P |
| Plaintiff, | **ORDER** |
| v. | |
| **JEFFREY MACOMBER, et al.,** | |
| Defendants. | |

On February 28, 2025, defendants filed motions to opt out of the early alternate dispute resolution program. Good cause appearing, defendants' requests to opt out of early ADR (ECF Nos. 25 and 26) are **GRANTED.** It is hereby **ORDERED** that the stay of the proceedings imposed on January 15, 2025 (ECF No. 24) is lifted. Defendant Chen is granted 14 days within which to file a response to plaintiff's complaint.

Dated:  March 3, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE