1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVEN CLARK,** | Case No. 2:23-cv-03051-TLN-CKD (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **MACOMBER, et al.,** | |
| Defendants. | |

On January 8, 2026, Defendant Ma moved to modify this Court's Scheduling Order, requesting that the dispositive motion deadline be extended forty-five days, to March 5, 2026. Good cause appearing, Defendant Ma's Motion is GRANTED.

Accordingly, it is hereby ORDERED that the parties will have until March 5, 2026, to file any dispositive motions.

IT IS SO ORDERED.

Dated:  January 09, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28