UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN CLARK,

        Plaintiff,

   v.

JEFFREY MACOMBER, et al.,

        Defendants.

No.  2:23-cv-3051 TLN CKD P

ORDER

On March 5, 2026, defendants Chen and Ma filed motions for summary judgment. Plaintiff has not opposed either motion.  Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff file an opposition or statement of non-opposition to each pending motion summary judgment.  Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Dated:  April 9, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
clar0351.46osc