UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

STEVEN CLARK,

Plaintiff,

v.

JEFFREY MACOMBER, et al.,

Defendants.

No. 2:23-cv-03051-TLN-CKD

**ORDER**

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 19, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 38.) Neither party filed objections to the findings and recommendations. Nor has Plaintiff filed any response in this case in over six months since the motions for summary judgment were filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that the findings and recommendations (ECF No. 38) are ADOPTED in full. This

action is dismissed pursuant to Federal Rule of Civil Procedure 41(b). The Clerk of Court shall close the case.

IT IS SO ORDERED.

DATE: October 2, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE